Case 09-13897   Filed 01/16/14   Doc 33

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
JBRM JAN - 8 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

TO:     James Edward Salven

CASE NO:   09-13897

IN RE:   Frank Riojas & Ermila Riojas

## DOCUMENT REQUEST

The case record indicates that the following document has not been filed with the court. Please provide the court with the document or a letter stating why the document will not be filed at this time.

For the Chapter 7 Trustee:

- [ ] Report of trustee at 341 meeting
- [ ] Report of no distribution in a no asset case
- [X] Status of asset case (Fresno/Modesto divisions)

FILED
JAN 16 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

For the Office of the U.S. Trustee:

- [ ] Status of asset case (Sacramento/Fresno divisions)

For the Chapter 13 Trustee:

- [ ] Final report (case dismissed)

Other:

- [ ] Regarding: _Involves State Court litigation_
  _counsel employed_

Request mailed to: _____

DATED:   01/08/14

FOR THE COURT
WAYNE BLACKWELDER, CLERK
U.S. BANKRUPTCY COURT

BY: _James Bradshaw_
    Deputy Clerk

cc:   [X] File
      [X] U.S. Trustee

EDC 004 - 866